**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**WILLIE KENYON WILLIAMS** **PLAINTIFF**

**vs.** **CIVIL ACTION NO.: 4:26-cv-86-RPC-DAS**

**COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT**

**ORDER GRANTING MOTION TO REMAND**

THIS CAUSE having come on for hearing on the Commissioner's Unopposed Motion for an Remand [ECF No. 5] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff's counsel has no objection, is of the opinion that said Motion to Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter is remanded back to the Social Security Administration for further administrative proceedings pursuant to sentence six of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment is entered in favor of the Plaintiff.

IT IS FURTHER ORDERED that upon receipt of this Court's order, the Appeals Council shall direct the Administrative Law Judge to offer Plaintiff the opportunity for a hearing, conduct further administrative proceedings, and then issue a new decision.

SO ORDERED AND ADJUDGED, this the 25th day of August 2026.

Robert P. Chamberlin
UNITED STATES DISTRICT JUDGE